FILED

05/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0011

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN THE MATTER OF THE CONSERVATORSHIP OF<br><br><br>H.D.K.,<br><br><br>A Protected Person. | Cause No. DA-21-0011<br><br><br>**ORDER GRATNING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Having read Appellee H.D.K.'s Unopposed Motion for Extension of Time, finding no objection, and good cause appearing, it is hereby ordered Appellee H.D.K. is granted a thirty-day extension to file her response brief calculated from May 26, 2021.

Signed this _____ day of May, 2021.

_____
Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 19 2021